IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PREMIER ELECTRONICS,<br><br>Plaintiff,<br><br>vs.<br><br>ADT, L.L.C., INSIGHT ASSOCIATION MANAGEMENT, L.P., and INSIGHT ASSOCIATION MANAGEMENT GP, INC.<br>Defendants. | Case No.: 3:18-cv-2036 |

## ORDER

**THIS MATTER** is before the Court upon ADT, LLC's Unopposed Motion for Leave to Appear Without Local Counsel (the "Motion"). The Court has reviewed the Motion and is otherwise fully advised in the premises. It is hereby

**ORDERED AND ADJUDGED** that ADT's Motion is **GRANTED**.

**SO ORDERED.**

Dated this 7th day of August, 2018.

_____
JUDGE PRESIDING

1

8880117 v1