UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PREMIER ELECTRONICS, L.L.C, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:18-cv-2036-S |
| v. | ) | |
| | ) | |
| ADT LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT ADT LLC'S MOTION TO STRIKE PLAINTIFF PREMIER ELECTRONICS' UNTIMELY EXPERT REPORT**

IT IS HEREBY ORDERED that ADT LLC's Motion to Strike Plaintiff Premier Electronics' Untimely Expert Report is GRANTED.

SO ORDERED this the ___ day of _____, 2020.

_____

Presiding Judge