IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PREMIER ELECTRONICS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-cv-2036-E |
| | § | |
| ADT, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Motion for Continuance and to Modify Scheduling Order (Doc. 31). Plaintiff seeks a six-month extension of the trial date, as well as the reopening of various deadlines, including the deadline to amend pleadings, conduct discovery, and file dispositive motions. Plaintiff argues it needs additional time to investigate new conduct by Defendant. The trial setting has already been continued by the Court until further notice due to the COVID-19 pandemic. Finding that Plaintiff has failed to demonstrate good cause for any further modification of the scheduling order, the Court **DENIES** Plaintiff's motion. *See* FED. R. CIV. P. 16(b)(4); *Unger v. Taylor*, 368 F. App'x 526, 530 (5th Cir. 2010).

**SO ORDERED.**

Signed March 31, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE