UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PREMIER ELECTRONICS, L.L.C, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:18-cv-2036-S |
| v. | ) | |
| | ) | |
| ADT LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT ADT LLC'S OBJECTIONS TO PREMIER ELECTRONICS, LLC'S
RULE 26(a)(3)(A) PRETRIAL DISCLOSURES**

Pursuant to the Agreed Scheduling Order [ECF No. 18], Defendant ADT LLC objects as follows to Plaintiff Premier Electronics, LLC's Rule 26(a)(3)(A) Pretrial Disclosures:

A. **PREMIER'S TRIAL WITNESSES**

| Witness | ADT's Objections |
|---|---|
| **Premier Employees and Former Employees** | |
| Shawn Griffith | ▪ Objection to the extent that witness testimony exceeds the scope of permissible claims and damages in light of Court Order Granting ADT's Motion to Strike Supplemental Report [ECF No. 54] and Order Granting in Part ADT's Motion for Summary Judgment [ECF No. 56]. |
| Terry Day | ▪ Scope of witness' knowledge and testimony undisclosed in Premier's Rule 26 Initial Disclosures<br>▪ Witness' testimony is duplicative of other Premier employees and former employees proffered |
| Chris Cahill | ▪ Scope of witness' knowledge and testimony undisclosed in Premier's Rule 26 Initial |

1

| | |
|---|---|
| | Disclosures<br>▪ Witness' testimony is duplicative of other Premier employees and former employees proffered |
| Doug Danley | ▪ Witness undisclosed in Premier's Rule 26 Initial Disclosures<br>▪ Witness' testimony is duplicative of other Premier employees and former employees proffered |
| Dave Tillotson | ▪ Scope of witness' knowledge and testimony undisclosed in Premier's Rule 26 Initial Disclosures<br>▪ Witness' testimony is duplicative of other Premier employees and former employees proffered |
| Ronnie Jones | ▪ Scope of witness' knowledge and testimony undisclosed in Premier's Rule 26 Initial Disclosures<br>▪ Witness' testimony is duplicative of other Premier employees and former employees proffered |
| Melissa Dickerson | ▪ Scope of witness' knowledge and testimony undisclosed in Premier's Rule 26 Initial Disclosures<br>▪ Witness' testimony is duplicative of other Premier employees and former employees proffered |

**ADT Employees and Former Employees**

| | |
|---|---|
| Jack Teel (ADT) | ▪ Witness undisclosed in Premier's Rule 26 Initial Disclosures<br>▪ Witness testimony is irrelevant to Premier's claims and/or ADT's defenses<br>▪ Testimony sought by Premier is prohibited by Federal Rule of Evidence 408 |

**Phillips Creek Ranch Homeowners**

| | |
|---|---|
| Wafer Gamil (will call) | <ul><li>Scope of witness' knowledge and testimony undisclosed in Premier's Rule 26 Initial Disclosures</li><li>Witness undisclosed in Premier's applicable discovery responses</li></ul> |
| Thomas Pritchard (will call) | <ul><li>Scope of witness' knowledge and testimony undisclosed in Premier's Rule 26 Initial Disclosures</li><li>Witness undisclosed in Premier's applicable discovery responses</li><li>Witness' testimony is duplicative of other Phillips Creek Ranch homeowners proffered</li><li>Witness' proposed testimony is irrelevant to Premier's claims or ADT's defenses</li></ul> |
| Elaine Roberts (will call) | <ul><li>Scope of witness' knowledge and testimony undisclosed in Premier's Rule 26 Initial Disclosures</li><li>Witness undisclosed in Premier's applicable discovery responses</li><li>Witness' testimony is duplicative of other Phillips Creek Ranch homeowners proffered</li><li>Witness' proposed testimony is irrelevant to Premier's claims or ADT's defenses</li></ul> |
| Jason Landkamer (will call) | <ul><li>Scope of witness' knowledge and testimony undisclosed in Premier's Rule 26 Initial Disclosures</li><li>Witness undisclosed in Premier's applicable discovery responses</li><li>Witness' testimony is duplicative of other Phillips Creek Ranch homeowners proffered</li><li>Witness' proposed testimony is irrelevant to Premier's claims or ADT's defenses</li></ul> |
| Ryan Fuchs (will call) | <ul><li>Scope of witness' knowledge and testimony undisclosed in Premier's Rule 26 Initial Disclosures</li><li>Witness undisclosed in Premier's applicable discovery responses</li><li>Witness' testimony is duplicative of other Phillips Creek Ranch homeowners proffered</li><li>Witness' proposed testimony is irrelevant to</li></ul> |

| | |
|---|---|
| | Premier's claims or ADT's defenses |
| Christopher Robertson (will call) | <ul><li>Scope of witness' knowledge and testimony undisclosed in Premier's Rule 26 Initial Disclosures</li><li>Witness undisclosed in Premier's applicable discovery responses</li><li>Witness' testimony is duplicative of other Phillips Creek Ranch homeowners proffered</li><li>Witness' proposed testimony is irrelevant to Premier's claims or ADT's defenses</li></ul> |
| Andy Yandell (will call) | <ul><li>Scope of witness' knowledge and testimony undisclosed in Premier's Rule 26 Initial Disclosures</li><li>Witness undisclosed in Premier's applicable discovery responses</li><li>Witness' testimony is duplicative of other Phillips Creek Ranch homeowners proffered</li><li>Witness' proposed testimony is irrelevant to Premier's claims or ADT's defenses</li></ul> |
| Jennifer Yandell (will call) | <ul><li>Scope of witness knowledge and testimony undisclosed in Premier's Rule 26 Initial Disclosures</li><li>Witness undisclosed in Premier's applicable discovery responses</li><li>Witness' testimony is duplicative of other Phillips Creek Ranch homeowners proffered</li><li>Witness' proposed testimony is irrelevant to Premier's claims or ADT's defenses</li></ul> |
| Joe Bruce (will call) | <ul><li>Scope of witness' knowledge and testimony undisclosed in Premier's Rule 26 Initial Disclosures</li><li>Witness undisclosed in Premier's applicable discovery responses</li><li>Witness' testimony is duplicative of other Phillips Creek Ranch homeowners proffered</li><li>Witness' proposed testimony is irrelevant to Premier's claims or ADT's defenses</li></ul> |

**Republic Property Group**

| | |
|---|---|
| Patrick Vedra (may call) | <ul><li>Witness undisclosed in Premier's Rule 26</li></ul> |

|  |  |
|---|---|
|  | Initial Disclosures |
| **Miscellaneous** | |
| Sean O'Keefe (will call) | <ul><li>Witness undisclosed in Premier's Rule 26 Initial Disclosures</li><li>Witness undisclosed in Premier's applicable discovery responses</li><li>Witness testimony appears to be previously undisclosed expert testimony</li><li>Untimely</li><li>Witness testimony is irrelevant to Premier's claims and/or ADT's defenses</li></ul> |
| Keith Patterson (will call) | <ul><li>Witness undisclosed in Premier's Rule 26 Initial Disclosures</li><li>Witness' proposed testimony is irrelevant to Premier's claims or ADT's defenses</li><li>Witness' testimony appears to be previously undisclosed expert testimony</li><li>Untimely</li><li>Witness proposed testimony is unfairly prejudicial</li></ul> |
| **Expert Witness** | |
| Phillip Courtney Hogan, CPA | <ul><li>Objection to the extent that witness testimony exceeds the scope of permissible claims and damages in light of Court Order Granting ADT's Motion to Strike Supplemental Report [ECF No. 54] and Order Granting in Part ADT's Motion for Summary Judgment [ECF No. 56].</li></ul> |

B.  PREMIER'S TRIAL EXHIBITS

| No. | Exhibit | ADT's Objections |
|---|---|---|
| 4. | Index/Summary of Security Monitoring Agreements | <ul><li>Exhibit description is impermissibly vague as it does not describe the specific Security Monitoring Agreements Premier intends to include within this index.</li><li>Premier has failed to produce all Security Monitoring Agreements for which it now appears to seek damages</li></ul> |

| | | |
|---|---|---|
| | | and has produced a number of incomplete Security Monitoring Agreements missing pages containing material contract terms. ADT objects to all such Security Monitoring Agreements being included within this index. |
| 5. | Security Monitoring Agreements | ▪ Exhibit description is impermissibly vague as it does not describe the specific Security Monitoring Agreements Premier included.<br>▪ Premier has failed to produce all Security Monitoring Agreements for which it now appears to seek damages. In addition, Premier produced a number of incomplete Security Monitoring Agreements missing pages containing material contract terms. ADT objects to all such Security Monitoring Agreements. |
| 6. | Press Release re ADT Acquisition of DevCon | ▪ Irrelevant<br>▪ FRE 403 |
| 7. | Non-Circumvention Agreement | ▪ FRE 408<br>▪ FRE 403<br>▪ Irrelevant |
| 8. | Mutual Non-Disclosure and Non-Use Agreement | ▪ FRE 408<br>▪ FRE 403<br>▪ Irrelevant |
| 18. | Demonstrative Agreement – Total Damages | ▪ Improper foundation<br>▪ Exceeds scope of Court's ruling in ECF Nos. 54 and 56 regarding permissible claims/damages for trial<br>▪ FRE 403<br>▪ Irrelevant |
| 21. | Demonstrative Exhibit – Total Damages – Security Monitoring Damage Calculation | ▪ Improper foundation<br>▪ Exceeds scope of Court's ruling in ECF Nos. 54 and 56 regarding permissible claims/damages for trial<br>▪ FRE 403<br>▪ Irrelevant |

6

4824-4178-9652

| | | |
|---|---|---|
| 22. | Demonstrative Exhibit – Calculation of Damages from Lost Contracts | <ul><li>Improper foundation</li><li>Exceeds scope of Court's ruling in ECF Nos. 54 and 56 regarding permissible claims/damages for trial</li><li>FRE 403</li><li>Irrelevant</li></ul> |
| 23. | Expert Report – Oct 22, 2019 | <ul><li>Hearsay</li><li>Improper foundation</li><li>Exceeds scope of Court's ruling in ECF Nos. 54 and 56 regarding permissible claims/damages for trial</li><li>FRE 403</li><li>Irrelevant</li></ul> |
| 24. | Amended Expert Report – Nov. 11, 2019 | <ul><li>Hearsay</li><li>Improper foundation</li><li>Exceeds scope of Court's ruling in ECF Nos. 54 and 56 regarding permissible claims/damages for trial</li><li>FRE 403</li><li>Irrelevant</li></ul> |
| 25. | Photograph taken June 9, 2020 at 1569 Cedar Ranch | <ul><li>Hearsay</li><li>Improper foundation – document not authenticated</li><li>Irrelevant</li><li>Exhibit not produced to ADT during discovery</li></ul> |
| 30. | Note from customer Elaine Roberts | <ul><li>Hearsay</li><li>Improper foundation – document not authenticated</li><li>Irrelevant</li></ul> |
| 31. | Letter from customer Ryan Fuchs | <ul><li>Hearsay</li><li>Improper foundation – document not authenticated</li><li>Irrelevant</li></ul> |
| 32 | Letter from customer Christopher Robertson | <ul><li>Hearsay</li><li>Improper foundation – document not authenticated</li><li>Irrelevant</li></ul> |

7

| | | |
|---|---|---|
| 33. | Letter from customers Any and Jennifer Yandell | ▪ Hearsay<br>▪ Improper foundation – document not authenticated<br>▪ Irrelevant |
| 34. | Email from customer Joe Bruce | ▪ Hearsay<br>▪ Improper foundation – document not authenticated<br>▪ Irrelevant |
| 35. | Declaration of Thomas Pritchard | ▪ Hearsay<br>▪ Improper foundation – document not authenticated<br>▪ Irrelevant |
| 36. | Declaration of Elaine Roberts | ▪ Hearsay<br>▪ Improper foundation – document not authenticated<br>▪ Irrelevant |
| 37. | Supplemental Expert Report | ▪ Hearsay<br>▪ Report has been stricken by prior Court Order. *See* Order Granting ADT's Motion to Strike [ECF No. 54]<br>▪ FRE 403<br>▪ Irrelevant |
| 38. | Light Farms Security System Agreement | ▪ Damages related to Light Farms have been excluded in light of prior Court orders. *See* ECF Nos. 54 and 56<br>▪ Exhibit not produced to ADT during discovery<br>▪ FRE 403<br>▪ Irrelevant |
| 39. | Light Farms Security Monitoring Agreement – exemplar | ▪ Damages related to Light Farms have been excluded in light of prior Court orders. *See* ECF Nos. 54 and 56.<br>▪ Exhibit not produced to ADT during discovery<br>▪ FRE 403<br>▪ Irrelevant |
| 40. | Demand Letter to Danielle Page | ▪ Damages related to Light Farms have been excluded in light of prior Court orders. *See* ECF Nos. 54 and 56 |

4824-4178-9652

- Exhibit not produced to ADT during discovery
- FRE 403
- Irrelevant

Dated December 16, 2020

Respectfully submitted,

By: /s/ Eric S. Boos
Eric S. Boos (*Pro Hac Vice*)
SHOOK, HARDY & BACON LLP
Citigroup Center
201 S. Biscayne Blvd., Suite 3200
Miami, FL  33131-4332
Telephone:  305-358-5171
Facsimile:  305-358-7470
esboos@gmail.com

Tanya L. Chaney
Texas Bar No. 240363375
SHOOK, HARDY & BACON LLP
JPMorgan Chase Tower
600 Travis Street
Suite 3400
Houston, TX  77002-2926
Telephone:  713-227-8008
Facsimile:  713-227-9508
tchaney@shb.com

***Attorneys for Defendant ADT LLC***