# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | | |
|---|---|---|---|
| PREMIER ELECTRONICS, L.L.C, | ) | | |
| | ) | | |
| Plaintiff, | ) | CASE NO. 3:18-cv-2036-E | |
| v. | ) | | |
| | ) | | |
| ADT LLC, | ) | | |
| | ) | | |
| Defendant. | ) | | |
| | ) | | |

## ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES

Before the Court is the parties' Joint Motion to Extend Certain Pretrial Deadlines [Doc. No. 62]. The Court **GRANTS** the motion. The Parties shall file their respective (revised) witness and exhibit lists, motions *in limine*, and the amended Proposed Joint Pretrial Order by January 11, 2021; jury instructions and voir dire questions by January 19, 2021; and objections to witness and exhibit lists and responses to motions *in limine* by January 25, 2021.

**SO ORDERED.**

Signed January 7, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE