## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| PREMIER ELECTRONICS, L.L.C, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:18-cv-2036-S |
| v. | ) | |
| | ) | |
| ADT LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANT ADT, LLC'S AMENDED TRIAL EXHIBIT LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(iii) and this Court's Order Granting Joint Motion to Extend Certain Pretrial Deadlines [ECF No. 63], Defendant ADT LLC hereby files its Amended Trial Exhibit List as follows:

| Ex. No. | Description | Bates | Objection(s) |
|---|---|---|---|
| **AGREED JOINT EXHIBITS[1]** | | | |
| J-1. | Security System Agreement for Phillips Creek Ranch [Premier Bulk Monitoring Agreement] | Premier-1902 – 1918 | *n/a* |
| J-2. | Phillips Creek Ranch Request for Proposal – Home Security Provider | Premier-1921 - 1925 | *n/a* |
| J-3. | ADT Proposal to Phillips Creek Ranch for 24/7 Security Monitoring & Services | PCR 00144 – 150 | *n/a* |
| J-4. | Phillips Creek Ranch Community Association, Inc. Alarm Monitoring Agreement [ADT Bulk Monitoring Agreement] | PCR 002 – 009 | *n/a* |

---

[1] Pursuant to a stipulation between the Parties, the following exhibits are deemed Joint Exhibits admissible at trial.

| | ADT'S EXHIBITS | | |
|---|---|---|---|
| 1. | April 21, 2016 Notice of Termination | Insight 00000063 | |
| 2. | April 7, 2016 call from Greg Barnett to ADT Customer Care | ECF No. 25 at 209-213 | |
| 3. | April 12, 2016 email from Ryan Thompson to Greg Barnett re Smith Thompson Proposal | PCR 00143 | |
| 4. | April 14, 2016 email from Shawn Griffith to Greg Barnett re Premier pricing for add-ons | Insight 00000018 | |
| 5. | January 9, 2015 email from Shawn Griffith to Bruce Crawford | Insight 00000001 | |
| 6. | April 5, 2016 email from Greg Barnett to Tony Ruggeri re PCR customers unhappy with Premier | Insight 00000020 | |
| 7. | February 25, 2015 PCR Community Association Minutes of Board of Directors Meeting | Insight 00000059 | |
| 8. | June 17, 2015 PCR Community Association Minutes of Board of Directors Meeting | Insight 00000051 | |
| 9. | May 8, 2016 Letter from Premier to PCR Residents | PCR 0053 - 0054 | |
| 10. | May 17, 2016 Letter from Premier to PCR Residents | PCR 0055 | |
| 11. | May 10, 2016 email from Shawn Griffith to Tony Ruggeri re ADT | Premier-1940 | |
| 12. | May 17, 2018 email thread between Danielle Page and Linda White re adding security monitoring to ancillary service agreements | Premier-2623 | |
| 13. | July 11, 2016 notice from Greg Barnett to PCR Homeowners re alarm monitoring options | PCR 0088 | |
| 14. | June 13, 2014 email from Bruce Crawford to Shawn Griffith re homeowner contract length exceeding HOA agreement length | Insight 00000015 | |
| 15. | September 13, 2016 email thread from Shawn Griffith to Tony Ruggeri and Jake Wagner re PCR | Premier-1932 – 1937 | |
| 16. | September 26, 2016 email from Shawn Griffith to Patrick Vedra re balances due on PCR accounts | Insight 00000272 | |
| 17. | List of customers who signed supplemental services agreements with Premier after | Premier's Responses to | |

| | April 21, 2016 | ADT's First Interrogatories at Ex. 9 | |
|---|---|---|---|
| 18. | May 16, 2016 email thread between Mike McCormick and Danielle page re questions on monitoring service | Premier-10615 - 10616 | |
| 19. | PCR Community Association Check Nos. 2942, 2996, 3063 | ECF No. 25 at 231-233 | |
| 20. | January 15, 2020 Letter from Premier to PCR Homeowners | ECF No. 33 at Ex. A | |
| 21. | March 31, 2015 email from Nereida Orozco to Bruce Crawford re PCR resident complaints about Premier's pricing | Insight 00000082 | |
| 22. | December 4, 2019 Letter from Premier to Light Farms Homeowners | Served via email on April 3, 2020. | |
| 23. | Various PCR Customer Correspondence to Premier (itemized below) [2] | | |
| 23-a. | June 15, 2016 email from K. Hottowe to Premier | 2475 – 2479 | n/a |
| 23-b. | June 6, 2016 email from Hanu Koya to Premier | 2791 | n/a |
| 23-c. | June 10, 2016 letter from Jerry Davidson | 3356 | n/a |
| 23-d. | June 2, 2016 letter from Brad Cantrill | 3405 | n/a |
| 23-e. | June 16, 2016  letter from Mithun Samani | 4447 | n/a |
| 23-f. | May 23, 2016 demand letter from attorneys representing Ravindra Akhud | 5915 - 5916 | n/a |
| 23-g. | May 20, 2016 email from Jithendra Kudrekod | 5429 | n/a |
| 23-h. | September 1, 2017 email from Alison Goff | 5589 | n/a |
| 23-i. | June 27, 2016 letter from Josh Chambers | 5697 | n/a |
| 23-j. | June 10, 2016 email from Carolina Salas | 6171 | n/a |
| 23-k. | June 13, 2016 letter from Dena Nitsche | 6174 | n/a |
| 23-l. | June 16, 2016 email from Melissa Dickerson | 6238 | n/a |
| 23-m. | July 21, 2016 email from Jeff Dispenza | 6270 – 6272 | n/a |
| 23-n. | June 13, 2016 email from Srikanth Tirumala | 6344 – 6350 | n/a |
| 23-o. | June 6, 2016 email from Lin Aquiles Amundarain | 6534 | n/a |
| 23-p. | No Date- Consumer Complaint Activity Report | 6777 | n/a |
| 23-q. | July 26, 2016 email from Bryan C. Duncan | 8274 | n/a |
| 23-r. | October 6, 2016 demand letter from | 9102 – 9103 | n/a |

[2] Pursuant to a stipulation between the parties, Premier agrees that each of these individual exhibits are admissible at trial.

| | | | |
|---|---|---|---|
| | attorneys representing Manoj Narayanan | | |
| 23-s. | July 1, 2016 letter from Kiran Pavuluru | 9185 | *n/a* |
| 23-t. | June 13, 2016 letter from Steve Hill | 9197 | *n/a* |
| 23-u. | September 4, 2015 email from Carolina Salas | 10518 | *n/a* |
| 23-v. | July 7, 2016 letter from Jeffrey Baker | 10601 | *n/a* |
| 23-w. | June 7, 2016 letter from Scott and Therese Blackburn | 10813 | *n/a* |
| 23-x. | July 15, 2016 letter from Stephanie Bierman | 11063 – 11064 | *n/a* |
| 23-y. | June 8, 2016 letter from Govrham Bhukke | 11582 | *n/a* |
| 23-z. | June 20, 2016 email from Jackson D'silva | 14434 | *n/a* |
| 23-aa. | September 5, 2016 email from Therese Blackburn | 14464 | *n/a* |
| 23-bb. | June 16, 2016 email from Jason Landkamer | 14588 – 14589 | *n/a* |
| 23-cc. | June 18, 2016 letter from Mariah and JC Manzanares | 14654; | *n/a* |
| 23-dd. | June 20, 2016 demand letter from Manoj Narayanan | 14660 - 14663 | *n/a* |
| 24. | July 18, 2016 email between Janett McMillan and Eileen Arbulu re there is nothing ADT can do about individual customers being tied to longer term agreements with Premier | Served via email on April 3, 2020. | |
| 25. | Plaintiff Premier's Answers to Defendant ADT's First Interrogatories | | |
| 26. | Plaintiff Premier's Responses to Defendant ADT's First Requests for Admission | | |
| 27. | Curriculum vitae of William Urban | | |
| 28. | Curriculum vitae of Stephen Gribbon | | |
| | Exhibits needed for rebuttal or impeachment (Pursuant to Local Rule 26.2, documents and other things intended to be used for impeachment/rebuttal only are not identified on this list.) | | |
| | Without waiving any objections or conceding the admissibility or relevance of any such exhibits, all exhibits listed by Plaintiff | | |
| | Charts, diagrams, photographs, summaries, compilations, or demonstrative exhibits being prepared for presentation at trial | | |
| ADT reserves the right to identify additional exhibits that may become available through additional investigation or discovery, or that otherwise may appear necessary to the | | | |

prosecution of this action after further preparation for trial. ADT further reserves the right to not offer any of the exhibits on this list or to object to the admissibility of any such exhibits.

Dated January 11, 2021

Respectfully submitted,

By: /s/ Eric S. Boos
Eric S. Boos (*Pro Hac Vice*)
SHOOK, HARDY & BACON LLP
Citigroup Center
201 S. Biscayne Blvd., Suite 3200
Miami, FL  33131
Telephone:  305-358-5171
Facsimile:  305-358-7470
eboos@shb.com

Tanya L. Chaney
Texas Bar No. 24036375
SHOOK, HARDY & BACON LLP
JPMorgan Chase Tower
600 Travis Street
Suite 3400
Houston, TX  77002
Telephone:  713-227-8008
Facsimile:  713-227-9508
tchaney@shb.com

Charlie C. Eblen (*Pro Hac Vice*)
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
Telephone:  816-474-6550
Facsimile:  816-421-5547
ceblen@shb.com

*Attorneys for Defendant ADT LLC*

5