IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PREMIER ELECTRONICS, L.L.C., § | |
|     *Plaintiff* § | |
| § | |
| v. § | CASE NO. 3:18-CV-2036-S |
| § | |
| ADT, L.L.C., § | |
|     *Defendant* § | |

## PLAINTIFF'S TRIAL EXHIBIT LIST

Pursuant to the Agreed Scheduling Order [Doc 18], Premier Electronics, L.L.C. ("Premier") files its Trial Exhibit List:

The parties have agreed to admit the following joint exhibits:

| Agreed Joint Exhibits | | |
|---|---|---|
| **Ex #** | **Description** | **Bates Numbers** |
| J-1 | Security System Agreement for Phillips Creek Ranch | Premier 1902-1908 |
| J-2 | Phillips Creek Ranch Request for Proposal | Premier 1921-1925 |
| J-3 | ADT Proposal to Phillips Creek Ranch | PCR 144-150 |
| J-4 | Phillips Creek Ranch Alarm Monitoring Agreement (ADT) | PCR 002-009 |

In addition, Plaintiff expects to offer the following trial exhibits:

| Plaintiff's Trial Exhibits | | |
|---|---|---|
| **Ex #** | **Description** | **Bates Numbers** |
| P-1 | Security Monitoring Agreement - exemplar | Premier 16012-16013 |
| P-2 | Index/Summary of Security Monitoring Agreements [Premier intends to create an index/summary of the exhibit containing all of its individual Security Monitoring Agreements with its customers at Phillips Creek Ranch so that the content of the following exhibit can be conveniently examined in court] | |
| P-3 | Security Monitoring Agreements with PCR homeowners (rearranged alphabetically) | Premier 16014-17571 |
| P-4 | Press Release re ADT Acquisition of DevCon | Premier 15947-15949 |
| P-5 | Non-Circumvention Agreement | Premier 1-4 |
| P-6 | Mutual Non-Disclosure and Non-Use Agreement | Premier 5-7 |
| P-7 | Notice of Non-Renewal | Insight 63 |
| P-8 | ADT Information Brochure | Premier 15989-16008 |
| P-9 | Notice from Greg Barnett to PCR Residents re ADT | MSJ App 32-33 |
| P-10 | Demand Letter to ADT | Premier 15046-15056 |

| P-11 | Notice from Greg Barnett to PCR Residents | MSJ App 31 |
| P-12 | Declaration of Thomas Pritchard | MSJ App 57-58 |
| P-13 | Declaration of Elaine Roberts | MSJ App 59-60 |
| P-14 | Note from customer Elaine Roberts | MSJ App 36 |
| P-15 | Email from customer Jason Landkamer | MSJ App 35 |
| P-16 | Letter from customer Ryan Fuchs | MSJ App 37 |
| P-17 | Letter from customer Christopher Robertson | MSJ App 38 |
| P-18 | Letter from customers Andy and Jennifer Yandell | MSJ 39 |
| P-19 | Email from customer Joe Bruce | MSJ 40 |
| P-20 | Curriculum Vitae of Phillip Courtney Hogan CPA | Premier 14880-14882 |
| P-21 | Demonstrative Exhibit – Total Damages | |
| P-22 | Demonstrative Exhibit – 5388 Highflyer Hills | |
| P-23 | Demonstrative Exhibit – 5388 Highflyer Hills | |
| P-24 | Demonstrative Exhibit – Total Damages – Security Monitoring Damage Calculation | |
| P-25 | Demonstrative Exhibit – Calculation of Damages from Lost Contracts | |

Plaintiff may offer the following trial exhibits if the need arises:

| Plaintiff's Possible Trial Exhibits | | |
|---|---|---|
| Ex # | Description | Bates Numbers |
| P-26 | Photograph taken Jun 9, 2020 at 1569 Cedar Ranch | Premier 16009 |
| P-27 | Light Farms Security System Agreement | |
| P-28 | Light Farms Security Monitoring Agreement - exemplar | Premier 16010-16011 |
| P-29 | Letter to Tony Ruggeri | Premier 1919-1920 |
| P-30 | Supplemental Expert Report – Dec 12, 2018 | Premier 15916-15988 |
| P-31 | Demand Letter to Danielle Page | |

Respectfully submitted,

*/s/ John M. Frick*

_____

**John M. Frick**
Texas Bar No. 07455200
*jfrick@bennettweston.com*

**BENNETT, WESTON, LAJONE & TURNER, P.C.**

1603 LBJ Freeway, Suite 280
Dallas, Texas  75234
Tel:     (972) 662-4901
Fax:    (214) 393-4043

**ATTORNEY FOR PLAINTIFF
PREMIER ELECTRONICS, L.L.C.**

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the foregoing Plaintiff Trial Exhibit List has been furnished to the following counsel in accordance with the Federal Rules of Civil Procedure, this 11th day of January 2021:

| | |
|---|---|
| Eric S. Boos | Tanya L. Chaney |
| SHOOK, HARDY & BACON, L.L.P. | SHOOK, HARDY & BACON, L.L.P. |
| Citigroup Center | JPMorgan Chase Tower |
| 201 S. Biscayne Blvd., Suite 3200 | 600 Travis St., Ste. 3400 |
| Miami, FL  33131-4332 | Houston, TX  77002-2926 |
| esboos@gmail.com | tchaney@shb.com |

                */s/ John M. Frick*_____
                John M. Frick