# Exhibit 2

```
                                                          Page 1

 1                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF TEXAS
 2                      DALLAS DIVISION
 3     PREMIER ELECTRONICS, L.L.C.,   |
                                      |
 4          Plaintiff,                |   CASE NO. 3:18-cv-2036-S
                                      |
 5     v.                             |
                                      |
 6     ADT LLC,                       |
                                      |
 7          Defendant.                |
                                      |
 8
 9          *****************************************
                 VIDEOTAPED ORAL DEPOSITION OF
10            PHILIP COURTNEY HOGAN, CPA, ABV, CFF
                      DECEMBER 13, 2019
11                       VOLUME 1
            *****************************************
12
13          VIDEOTAPED ORAL DEPOSITION of PHILIP COURTNEY
14     HOGAN, CPA, ABV, CFF, produced as a witness at the
15     instance of the Defendant, and duly sworn, was taken in
16     the above-styled and -numbered cause on the 13th day of
17     December 2019, from 9:11 a.m. to 11:16 a.m., before
18     TAMMY DICKSON CROSS, a Certified Shorthand Reporter in
19     and for the State of Texas, reported by machine
20     shorthand, at the law offices of Bennett, Weston, LaJone
21     & Turner, P.C., 1603 LBJ Freeway, Suite 280, Dallas,
22     Texas 75234, pursuant to the Federal Rules of Civil
23     Procedure and the provisions stated on the record or
24     attached hereto.
25     Job No. CS3815132
```

Page 52

1    have price?
2         A    Yes.
3         Q    And what's that the price of?
4         A    That's the price in which the security
5    monitoring was being charged.
6         Q    Okay.  And then both monitoring costs and
7    sales tax have zero dollar amounts throughout and that's
8    because this is a gross revenue?
9         A    Yes.
10        Q    Okay.  And then the net revenue is -- appears
11   to me and let me know if I'm wrong -- it would simply be
12   a subtraction from price of the monitoring and sales tax
13   cost?
14        A    Correct.
15        Q    Okay.  And, again, not reflected on this
16   schedule because it's a gross revenue schedule?
17        A    Correct.
18        Q    Okay.  And then let's talk about the years and
19   the way you've divided them.  So it appears that there
20   is a -- a five-year calculation of gross revenue on this
21   schedule?
22        A    Yes.
23        Q    Okay.  And it appears that Year 1, 2, and 3
24   are complete years, but then you have broken up Year 4
25   into a 10-month period and a two-month period?

1      A    Correct.
2      Q    Okay.  Can you explain that to me?
3      A    Because that was, I believe, the estimated
4   date of the -- let me see here.  That was the estimated
5   date of the trial.
6      Q    Okay.  So you believe 5/18/2020 to be the set
7   trial date in this matter?
8      A    I believe that was the case.
9      Q    Okay.
10     A    That was for the purpose of discounting any
11  money.
12     Q    Okay.  And then you have another two months
13  after that to July?
14     A    Uh-huh.
15     Q    Why is that?
16     A    Because that would have ended the end of the
17  total -- yeah, all of 2020, the fourth year --
18     Q    Okay.
19     A    -- those two columns would equal the fourth
20  year's revenue.
21     Q    Okay.  So are these calendar years that are
22  represented in these columns?
23     A    Well, they would be -- I believe I did use --
24  I -- when I see the 5/18 and the 7/18, that that was the
25  date that we were referring to as the contract

```
                                                          Page 99
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF TEXAS
 2                    DALLAS DIVISION
 3   PREMIER ELECTRONICS, L.L.C.,  |
                                   |
 4         Plaintiff,               |   CASE NO. 3:18-cv-2036-S
                                   |
 5   v.                             |
                                   |
 6   ADT LLC,                       |
                                   |
 7         Defendant.               |
                                   |
 8
                    REPORTER'S CERTIFICATION
 9      DEPOSITION OF PHILIP COURTNEY HOGAN, CPA, ABV, CFF
                       DECEMBER 13, 2019
10
11        I, TAMMY DICKSON CROSS, Certified Shorthand
12   Reporter in and for the State of Texas, hereby certify
13   to the following:
14        That the witness, PHILIP COURTNEY HOGAN, CPA, ABV,
15   CFF, was duly sworn by the officer and that the
16   transcript of the oral deposition is a true record of
17   the testimony given by the witness;
18        I further certify that pursuant to the Federal
19   Rules of Civil Procedure that the signature of the
20   deponent:
21         X    was requested by the deponent or a party
22   before the completion of the deposition and is to be
23   returned within 30 days from date of receipt of the
24   transcript.  If returned, the attached Changes and
25   Corrections page contains any changes and the reasons
```

1    therefor;
2            was not requested by the deponent or a
3    party before the completion of the deposition.
4        I further certify that I am neither counsel for,
5    related to, nor employed by any of the parties or
6    attorneys to the action in which this proceeding was
7    taken.  Further, I am not a relative or employee of any
8    attorney of record in this cause, nor am I financially
9    or otherwise interested in the outcome of the action.
10       Subscribed and sworn to on this the 23rd day of
11   December, 2019.
12
13
14
15                         Tammy Dickson Cross, CSR #6925
16                         Expiration Date:  7/31/22
                           VERITEXT LEGAL SOLUTIONS
17                         Veritext Registration No. 571
                           300 Throckmorton Street, Suite 1600
18                         Fort Worth, Texas  76102
     Job No. 3815132       (817) 336-3042  (800) 336-4000
19
20
21
22
23
24
25