**Exhibit A**

Page 1

1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF TEXAS
2                  DALLAS DIVISION
3    PREMIER ELECTRONICS, L.L.C.,      |
                                       |
4         Plaintiff,                   |   CASE NO. 3:18-cv-2036-S
                                       |
5    v.                                |
                                       |
6    ADT LLC,                          |
                                       |
7         Defendant.                   |
                                       |
8
9         ********************************************
              VIDEOTAPED ORAL DEPOSITION OF
10         PHILIP COURTNEY HOGAN, CPA, ABV, CFF
                    DECEMBER 13, 2019
11                     VOLUME 1
          ********************************************
12
13        VIDEOTAPED ORAL DEPOSITION of PHILIP COURTNEY
14   HOGAN, CPA, ABV, CFF, produced as a witness at the
15   instance of the Defendant, and duly sworn, was taken in
16   the above-styled and -numbered cause on the 13th day of
17   December 2019, from 9:11 a.m. to 11:16 a.m., before
18   TAMMY DICKSON CROSS, a Certified Shorthand Reporter in
19   and for the State of Texas, reported by machine
20   shorthand, at the law offices of Bennett, Weston, LaJone
21   & Turner, P.C., 1603 LBJ Freeway, Suite 280, Dallas,
22   Texas 75234, pursuant to the Federal Rules of Civil
23   Procedure and the provisions stated on the record or
24   attached hereto.
25   Job No. CS3815132

Page 56

1      Q      Okay.

2      A      -- out of 720 --

3      Q      Okay.

4      A      -- so that -- I can do the math.

5      Q      Got it.

6             MR. BOOS:  Let's take five minutes.

7             THE VIDEOGRAPHER:  We are going off the

8   record at 10:12 a.m.

9             (Recess taken from 10:12 to 10:29 a.m.)

10            THE VIDEOGRAPHER:  We're going back on

11  the record at 10:29 a.m.

12     Q      (BY MR. BOOS)  Mr. Hogan, do you have any

13  knowledge as to whether or not the Phillips Creek Ranch

14  paid Premier in full for the monitoring services

15  provided by Premier through July 2016?

16     A      I believe I understand they have.

17     Q      Okay.  Are those payments --

18     A      Not --

19     Q      -- reflected in your -- any of your

20  schedules?

21     A      No.

22     Q      Okay.  Okay.  Let's talk about the security

23  monitoring net revenue schedule.  Okay?

24     A      Okay.

25     Q      Okay.  Safe to assume that the list of

1    what I'm calling the bulk monitoring agreement, had a --

2    you know that that had a 36-month term attached to it,

3    correct?

4         A    The bulk?

5         Q    Yes, the bulk.

6         A    With the --

7         Q    With PCR.

8         A    Oh, no.  I'm not aware of that.

9         Q    Okay.  I'm going to represent to you that it

10   did have a 36-month term with the option to renew for

11   either party.

12        A    Okay.

13        Q    Well, actually, it auto -- let me rephrase

14   that.

15             It automatically renewed unless one of

16   the parties gave notice.

17        A    Okay.

18        Q    Okay.  So fair to say then that that contract

19   had a potential for a hundred percent attrition rate

20   every three years?

21        A    I have to -- I -- I don't know the legality

22   because I'm not an attorney.

23        Q    Well, I'm not asking you about the legal

24   aspect.  I'm asking about the calculation --

25        A    If it's --

Page 94

1       Q     -- the valuation --

2       A     If it's allow -- if it allows for the total

3    termination under that agreement, then that would stop

4    at that particular point.

5       Q     Okay.  So that would be a hundred percent

6    attrition rate at that point?

7       A     That could be.

8       Q     Okay.  So purposes of your amended report,

9    again, ignoring the supplemental report, are you relying

10   on Mr. Griffith's RMR calculations to any respect -- in

11   any respect?

12      A     Not in my original report.

13      Q     Okay.  Okay.  Do you intend to offer any

14   opinions at trial on whether or not Premier suffered

15   damages to its future business relations with respect to

16   the Light Farms community?

17      A     I do believe that will be later supplemented.

18      Q     Okay.  So you intend to issue another

19   supplemental report related to the Light Farms

20   damages?

21      A     That's my understanding.

22      Q     Okay.  How about do you intend to offer any

23   opinions at trial with respect to damages suffered at

24   the Walsh community?

25      A     I believe so.

Page 102

1    Premier Electronics, L.L.C. v. ADT LLC

2    Philip Courtney Hogan (#3815132)

3                 E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____ _see_ attached sheets _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____        1__-__/20

24   Philip Courtney Hogan                        Date

25

Page 103

1   Premier Electronics, L.L.C. v. ADT LLC

2   Philip Courtney Hogan (#3815132)

3                  ACKNOWLEDGEMENT OF DEPONENT

4      I, Philip Courtney Hogan, do hereby declare that I

5   have read the foregoing transcript, I have made any

6   corrections, additions, or changes I deemed necessary as

7   noted above to be appended hereto, and that the same is

8   a true, correct and complete transcript of the testimony

9   given by me.

10

11   _____        _____

12   Philip Courtney Hogan                              Date

13   *If notary is required

14                  SUBSCRIBED AND SWORN TO BEFORE ME THIS

15             22 DAY OF    JANUARY        , 2020.

16

17

18   _____

19   NOTARY PUBLIC

20

21                         DON W. KIMBALL
                           Notary Public, State of Texas
22                         Comm. Expires 07-28-2021
                           Notary ID 125117639

23

24

25

Veritext Legal Solutions

800-567-8658                                    973-410-4098

PREMIER ELECTRONICS LLC V ADT LLC

Philip Courtney Hogan Deposition Corrections

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 37 | 5 | I have since learned that gross attrition is the total clients that have fallen off | To update and clarify |
| 37 | 10 | I have since learned that net attrition is the total attrition less the new customers added | To update and clarify |
| 38 | 19 | I have confirmed that to the best of Shawn Griffin's knowledge that only two customers dropped | To update and clarify |
| 41 | 20 | Weight cost of capital is defined as the calculation of a firm's cost of capital in which each category of capital is proportionately weighted, all sources of capital including common stock, preferred stock, bonds and other long-term debt are included in a WACC calculation | To update and clarify |
| 42 | 7 | Weight cost of capital is not applicable in this damage model. This is a calculation of lost revenue that should be discounted to present value. With regards to the discount rate the appropriate rate is prime plus one-half percent, which comes to four and a half percent | To update and clarify |
| 43 | 14 | I have been informed that Premier is an LLC | To update and clarify |
| 44 | 20 | Hurdle rate would be similar to the cost of capital | To update and clarify |
| 49 | 10 | I have since learned that there were some three-year contracts, however, do the renewals I do not believe this effect my calculations in a meaningful way | To update and clarify |
| 54 | 25 | After reviewing the sheets, it would be my opinion that Mainvue Homes owns these properties. | To update and clarify |
| 55 | 4 | I have since learned that Mainvue Homes were billed under the bulk billing agreement | To update and clarify |
| 60 | 25 | I have since learned Premier carries a three-million-dollar liability policy | To update and clarify |
| 61 | 18 | I have confirmed with Mr. Griffin that only one or two homes have canceled this service since the Phillip Creek Ranch project started. | To update and clarify |
| 62 | 1 | I have since learned that Premier does not incur any cost to delete a customer | To update and clarify |
| 62 | 6 | I have since learned that Premier does provide technical support which is billed as a separate service | To update and clarify |

PREMIER ELECTRONICS LLC V. ADT LLC

Philip Courtney Hogan Deposition Corrections

| 62 | 14 | I have since learned that every homeowner must pay for a permit. The only other permits cost that Premier incurs is very minor | To update and clarify |
|---|---|---|---|
| 62 | 25 | I have since learned that in each house there maybe 30 openings and therefore it would seem there could be up to 740 homes times 30 or 22,200. | To update and clarify |
| 63 | 3 | It is my understanding that the builder either installed the monitoring themselves or Premier was reimbursed for its cost of installation. | To update and clarify |
| 63 | 10 | I have since learned that some builders were invoiced as an installation was completed. | To update and clarify |
| 63 | 25 | It is my understanding that Premier breaks even on its prewiring and installation. | To update and clarify |
| 66 | 21 | The contracts for service were between Premier and the homeowners and therefore a valid termination had to come from the homeowner. Therefore since there was no such termination then the damages due the would not be changed | To update and clarify |
| 67 | 8 | I have since learned that about 30 customers generating around $450 a month have continued to use Premier's services | To update and clarify |
| 68 | 4 | I have since learned that cellular transmitter is used to send the signal to the monitoring station | To update and clarify |
| 68 | 25 | I have since learned it is for a variety of services to automate the homeowner's house | To update and clarify |
| 70 | 19 | I have since learned that Mr. Griffin's believes this would be at a lower rate. | To update and clarify |
| 71 | 3 | I have since learned that Premier did install their own secondary control boxes. | To update and clarify |
| 71 | 10 | It is my understanding that security monitoring was billed to the homeowner's association and other services were directly to the homeowner. | To update and clarify |
| 73 | 22 | I have since learned that there were a few homeowners at various times that got behind, but a very minor portion of customers and that would only be for the other services customers | To update and clarify |
| 74 | 13 | I have since learned that the homeowner's association continued to pay for the security monitor regardless of whether or not the | To update and clarify |

PREMIER ELECTRONICS LLC V ADT LLC

Philip Courtney Hogan Deposition Corrections

|   |   | | |
|---|---|---|---|
|   |   | homeowner was current with their homeowner dues. |   |
| 77 | 21 | I have since learned that Premier does not incur any cost regarding NFPA 72 or very minor costs. | To update and clarify |
| 81 | 8 | I have since conferred with Mr. Griffin to indicate that 90% of customers renew but with a bulk billing arrangement, he believed it would be much lower that the industry. | To update and clarify |
| 81 | 21 | I have since learned that Premier received hundreds of calls regarding the renewals. | To update and clarify |
| 85 | 21 | Mr. Griffin does know his business better than I do; however, he does not know anything about calculating damages | To update and clarify |
| 86 | 2 | I have since learned that there were discussions with ADT | To update and clarify |
| 86 | 4 | I have since learned Premier and ADT never got as far as a price | To update and clarify |
| 90 | 20 | I have since learned that Mr. Griffin sold about 2000 accounts to Pelican Security for 40 times recurring monthly revenue. | To update and clarify |
| 92 | 12 | I have since been informed that geographical difference, credit rating, housing income and average property prices can affect the selling multiple | To update and clarify |
| 93 | 21 | There would not be the potential of 100% attrition rate every three years. The contracts for service was between the homeowner and Premier. Should the bulk billing agreement terminate, then Premier would have to bill the homeowner directly. | To update and clarify |
| 94 | 7 | Again, the contract for services was between the homeowners and Premier and therefore the termination would not invalidate the agreements | To update and clarify |