IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PREMIER ELECTRONICS, L.L.C, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | 3:18-cv-02036-E |
| ADT LLC, | § | |
| Defendants. | § | |

## ORDER OF PARTIAL SEQUESTRATION

It is **ORDERED** that the jury in the above styled and numbered cause be sequestered from the time they report to the jury room each day until released by the court at the end of each day. This partial sequestration will continue until a verdict is reached and the jury is formally discharged by the court or until further order of the court.

Pursuant to this order, while the jury is kept together and not allowed to separate, the reasonable cost of meals incurred by the jury during court recesses will be paid by the clerk of court in compliance with juror fee regulations issued by the Judicial Conference of the United States.

**SO ORDERED**,

May 18, 2021

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS