UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PREMIER ELECTRONICS, L.L.C, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ADT LLC, | ) ) ) |
| Defendant. | ) |

CASE NO. 3:18-cv-2036-S

### DEFENDANT ADT LLC'S RULE 26(a)(3)(A)(ii) DESIGNATIONS FROM THE TESTIMONY OF WILLIAM URBAN

Pursuant to Federal Rule of Civil Procedure 26(a)(3(A)(ii) and this Court's Agreed Scheduling Order [ECF No. 18], Defendant ADT LLC hereby designates the following excerpts to be presented at trial of the trial testimony preservation deposition of its rebuttal expert witness William Urban. ADT reserves the right to modify these designations to account for any evidence admitted during Defendant Premier Electronics, LLC's case-in-chief at trial. ADT further reserves the right to object to and/or present additional testimony from Mr. Urban's deposition in light of any counter-designations made by Premier.

| ADT's Designations |
|---|
| 4:1 - 5:23 |
| 6:15 - 10:22 |
| 10:25 – 15:19 |
| 16:13 – 17:17 |
| 18:7 – 15 |
| 18:19 – 25 (ending at "ancillary services agreement.") |
| 19:8 – 20:7 (omitting objections) |
| 20:8 – 23:11 (omitting objections) |

-1-

| |
|---|
| 23:14 – 25:23 |
| 25:24 – 27:15 |
| 29:6 – 12 |
| 30:2 – 31:10 |
| 31:17 – 32:21 |
| 32:22 – 37:10 |

Dated June 1, 2021                                             Respectfully submitted,


                            By: */s/ Eric S. Boos*
                               Eric S. Boos (*Pro Hac Vice*)
                               Citigroup Center
                               201 S. Biscayne Blvd., Suite 3200
                               Miami, FL  33131-4332
                               Telephone:  305-358-5171
                               Facsimile:  305-358-7470
                               esboos@gmail.com

                               Norma N. Bennett
                               Texas Bar No. 24028492
                               JPMorgan Chase Tower
                               600 Travis Street
                               Suite 3400
                               Houston, TX  77002-2926
                               Telephone: 713-546-5649
                               Facsimile:  713-227-9508
                               nbennett@shb.com

                               ***Attorneys for Defendant***
                               ***ADT LLC***

4846-8498-2764