IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PREMIER ELECTRONICS, L.L.C., | § | |
|    *Plaintiff* | § | |
| | § | |
| v. | § | CASE NO. 3:18-CV-2036-S |
| | § | |
| ADT, L.L.C., | § | |
|    *Defendant* | § | |

**PLAINTIFF PREMIER'S DESIGNATION OF DEPOSITION TESTIMONY FROM THE TRIAL DEPOSITION OF WILLIAM URBAN**

Plaintiff Premier Electronics, L.L.C. ("Premier") submits this Plaintiff Premier's Designation of Deposition Testimony from the Trial Deposition of William Urban. Plaintiff reserves the right to object to ADT's designations and to make further designations if ADT makes any new designations in addition to what it has previously submitted to the Court [Doc. 106].

| |
|---|
| 5:24-6:14 |
| 27:17-28:13 |
| 28:15-29:3 |
| 37:24-39:17 |
| 40:11-41:20 |
| 41:23-43:10 |
| 44:4-45:22 |
| 46:18-51:9 |
| 51:21-52:14 |
| 53:12-54:9 |
| 54:18-54:20 |
| 55:9-56:4 |
| 56:11-56:17 |
| 57:1-58:1 |
| 58:14-59:9 (ending with "Premier's monitoring center") |
| 59:24-60:6 |
| 60:13-60:18 |
| 61:16-61:20 |
| 63:7-68:10 |

| |
|---|
| 68:19-72:7 |
| 72:14-73:3 |
| 73:12-73:17 (ending after "Yes, it did") |
| 74:13-76:1 |
| 76:8-77:18 |
| 78:1-78:12 |
| 79:13-80:2 |
| 80:22-81:3 |

Respectfully submitted,

*/s/ John M. Frick*

_____
**John M. Frick**
Texas Bar No. 07455200
jfrick@bennettweston.com

**BENNETT, WESTON, LAJONE & TURNER, P.C.**
1603 LBJ Freeway, Suite 280
Dallas, Texas  75234
Tel:   (972) 662-4901
Fax:   (214) 393-4043

**ATTORNEYS FOR PLAINTIFF
PREMIER ELECTRONICS, L.L.C.**

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Plaintiff Premier's Designation of Deposition Testimony from the Trial Deposition of William Urban has been furnished to the following counsel in accordance with the Federal Rules of Civil Procedure, this 2nd day of June, 2021:

Eric S. Boos
SHOOK, HARDY & BACON, L.L.P.
Citigroup Center
201 S. Biscayne Blvd., Suite 3200
Miami, FL  33131-4332
esboos@gmail.com

Norma N. Bennett
SHOOK, HARDY & BACON, L.L.P.
JPMorgan Chase Tower
600 Travis St., Ste. 3400
Houston, TX  77002-2926
nbennett@shb.com

*/s/ John M. Frick*_____
John M. Frick