## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | | |
|---|---|---|---|
| PREMIER ELECTRONICS, LLC, | ) | | |
| | ) | | |
| Plaintiff, | ) | CASE NO. 3:18-cv-2036-S | |
| v. | ) | | |
| | ) | | |
| ADT LLC, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## DEFENDANT ADT LLC'S MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT TO TRIAL

Defendant, ADT, LLC ("ADT"), respectfully move this Court for entry of an order permitting counsel to bring into Court certain computer and technological devices for use during Trial scheduled for the trial calendar beginning June 7, 2021 through the last day of trial. In support of this Motion, ADT states:

1.      Counsel for ADT intends to conduct presentations at the June 7, 2021 trial that rely on the use of computer technology and other technological equipment. To accomplish these objectives, counsel will require five external drives, one Sprint WIFI hotspot, one Verizon hotspot, one portable printer, flash drives, and additional audio/video presentation equipment, consisting of: HDMI cables, one power strip extension cord, one presentation clicker and a laser pointer.

2.      ADT requests that its counsel Charlie Eblen, Eric Boos, Paul Williams, paralegal Daniella Koronis, and IT technical Jennifer Buso, each be allowed to bring their mobile phones and laptops into the courthouse for the duration of trial.

3.      In addition, ADT requests that its client representative, Dan McGrath (ADT's

1

Vice President and Deputy General Counsel), be permitted to bring his mobile phone and laptop into the courthouse for the duration of trial.

4.    Finally ADT requests that the following witnesses each be allowed to bring their mobile phones into the courthouse for those day(s) in which they provide testimony:

- Stephen Gribbon

- Bruce Crawford

- Gregory Barnett

- Eileen Arbulu

- John Butrim

- Janett McMillan

- Jonah Serie

- Tony Ruggieri

5.    ADT understands that the aforementioned items will be subject to examination for security purposes as are all other materials brought into the courthouse.

Dated June 3, 2021                              Respectfully submitted,

By: */s/ Eric S. Boos*
Eric S. Boos (*pro hac vice*)
SHOOK, HARDY & BACON LLP
Citigroup Center
201 S. Biscayne Blvd., Suite 3200
Miami, FL 33131-4332
Telephone: 305-358-5171
Facsimile: 305-358-7470
esboos@gmail.com

Norma N. Bennett
Texas Bar No. 24028492

JPMorgan Chase Tower
600 Travis Street
Suite 3400
Houston, TX  77002-2926
Telephone: 713-546-5649
Facsimile:  713-227-9508
nbennett@shb.com

Paul A. Williams (*pro hac vice*)
Charles C. Eblen (*pro hac vice*)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
pwilliams@shb.com
ceblen@shb.com

***Attorneys for Defendant ADT LLC***

4813-7231-2042