UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
DALLAS, TEXAS 75242

**ADA BROWN**  214/753-2360 Chambers

U.S. District Judge  214/753-2660 Facsimile

June 7, 2021

Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242

Re:   3:18-cv-2036-E; *Premier Electronics, LLC v. ADT, LLC*

Dear Ms. Mitchell:

 I hereby voluntarily recuse myself from the above styled and numbered case. No motion to recuse has been filed. I volunteered to recuse myself based on my past position as Commissioner for the Texas Department of Public Safety (DPS). I was the liaison for the board which regulates the private security profession in Texas. The private security profession DPS monitors includes armed and unarmed security guards, personal protection officers, private investigators, alarm systems installers and monitors, armored car couriers, electronic access control device installers, and locksmiths. DPS regulates the private security profession under the authority of the Texas Occupations Code, Chapter 1702 and the related administrative rules. Because this case involves alarm systems, and to avoid the appearance of impropriety, I hereby recuse myself from presiding over this case.

 Please see that it is assigned to another judge per the usual procedure.

        Sincerely,

        */s/ Ada Brown*
        Ada Brown
        UNITED STATES DISTRICT JUDGE